Judge James F. Holderman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT, due to a clerical error, 14cv1544, *Innovatio IP Ventures, LLC* v. *Texas Instruments Inc.*, was assigned to the Honorable Amy J. St. Eve, therefore,

IT IS HEREBY ORDERED that the assignment of 14cv1544 to the Honorable Amy J. St. Eve be vacated and that the case be reassigned to the Honorable James F. Holderman.

IT ALSO APPEARING THAT, due to a clerical error, 14cv1544, *Innovatio IP Ventures LLC* v. *Texas Instruments Inc.,* was assigned to the Honorable Geraldine Brown, therefore,

IT IS FURTHER ORDERED that the assignment of 14cv1544 to the Designated Magistrate Judge Honorable Geraldine Brown be vacated and that the case be reassigned to the Designated Magistrate Judge Honorable Sidney I. Schenkier.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 12th day of March, 2014.