**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

INNOVATIO IP VENTURES, LLC,

          Plaintiff,

    v.

TEXAS INSTRUMENTS, INC.

          Defendants.

Civil Action No.  1:14-cv-01544

The Honorable James F. Holderman

**AGREED MOTION TO EXTEND TIME FOR
TEXAS INSTRUMENTS, INC. TO ANSWER OR OTHERWISE PLEAD**

Defendant Texas Instruments, Inc. ("TI"), by and though its attorneys, hereby moves this Court for an Order extending the deadline for TI to respond to the Complaint of Plaintiff Innovatio IP Ventures, LLC ("Innovatio"), until **June 2, 2014**, and in support thereof, states as follows:

    1.     On March 4, 2014, Innovatio filed the instant Complaint in this action.

    2.     TI respectfully requests a short extension of time to respond to Innovatio's complaint until **June 2, 2014**.

    3.     This is the first extension request by TI.

    4.     TI has conferred with counsel for Innovatio, Matthew McAndrews, and Innovatio has agreed to the relief requested in this motion.

    5.     This Motion is not being brought for any improper purpose.

For the foregoing reasons, TI respectfully requests that this Court grant its Agreed

Motion to Extend Time for Texas Instruments, Inc. to Answer or Otherwise Plead.

Dated: May 1, 2014                          Respectfully submitted,


                                            /s/  John Marlott
                                            John Marlott (IL6230613)
                                            jamarlott@jonesday.com
                                            JONES DAY
                                            77 West Wacker
                                            Chicago, IL  60601-1692
                                            Telephone:     (312) 782-4236

                                            *Counsel for Defendant,*
                                            *Texas Instruments, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, an attorney for Defendant Texas Instruments, Inc., hereby certify that on May 1, 2014,

I caused to be electronically filed the foregoing *Agreed Motion to Extend Time for Texas*

*Instruments Incorporated to Answer or Otherwise Plead* with the Clerk of the Court by using the

CM/ECF system, which will send a notice of electronic filing to counsel of record.


Dated: May 1, 2014

/s/ John Marlott
John Marlott (IL6230613)
jamarlott@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone:    (312) 782-4236

*Counsel for Defendant,*
*Texas Instruments, Inc.*

CHI-1928284v1